1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11

EDJUAN C. SCOTT,

Case No.  1:20-cv-00705-AWI-BAM (PC)

12

Plaintiff,

ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER

13

v.

14

VALLADALIO, *et al.*,

(ECF No. 10)

15

Defendants.

16

17     Plaintiff Edjuan C. Scott ("Plaintiff") is a state prisoner proceeding *pro se* in this civil

18   rights action pursuant to 42 U.S.C. § 1983.

19     On May 27, 2020, the assigned Magistrate Judge issued findings and recommendations

20   recommending that Plaintiff's application to proceed *in forma pauperis* be denied and that he be

21   required to pay the $400.00 filing fee in full to proceed with this action.  (ECF No. 7.)  Plaintiff

22   filed a renewed motion to proceed *in forma pauperis* on May 27, 2020, (ECF No. 8), and

23   objections to the findings and recommendations on June 4, 2020, (ECF No. 9).

24     On October 8, 2020, the undersigned issued an order adopting the findings and

25   recommendations in full and ordering Plaintiff to pay the $400.00 filing fee in full within twenty-

26   one (21) days to proceed with this action.  (ECF No. 10).  Plaintiff was warned that if he failed to

27   pay the filing fee within the specified time, the action would be dismissed without further notice.

28   (<u>Id.</u> at 2.)

1

The deadline to pay the filing fee has expired, and Plaintiff has failed to pay the filing fee or otherwise communicate with the Court.  Because Plaintiff has failed to obey the Court's order and pay the appropriate filing fee, this case cannot proceed.  This matter will be dismissed.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260–61 (9th Cir. 1992).

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for Plaintiff's failure to comply with the Court's order of October 8, 2020, (ECF No. 10), and his failure to pay the filing fee.

IT IS SO ORDERED.

Dated:   December 3, 2020   

_____

SENIOR  DISTRICT  JUDGE